THEODORE BAKER et al., Appellants, *v.* MARY E. DUFF et al., Respondents.

*Baker* v. *Duff*, 136 App. Div. 13, affirmed. (Argued May 9, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered February 11, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action of ejectment.

*Frank Hendrick* and *Ernest M. Garbe* for appellants.

*Charles E. Hill* and *Sidney F. Rawson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ. Absent: HISCOCK, J.